## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:

JONATHAN E. PIERCE,                          **CASE NO. 26-01343-5-DMW**
                                             **CHAPTER 13**

      **DEBTOR**

### DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM STAY

**NOW COMES** the Debtor, by and through undersigned counsel, and responds to the Motion for Relief from Stay (Doc 25) filed by American Honda Finance Corp. (hereinafter "creditor") on May 7, 2026 and shows the following:

1.      The Debtor acknowledges having fallen behind on payments with the creditor in some amount. The creditor's collateral is necessary to the Debtor's effective reorganization in Chapter 13 as it is a vehicle that he uses for daily commuting.

2.      On or about May 11, 2026, the Debtor made a regular payment and he would propose that the remaining post-petition arrears owed to creditor be paid by making additional cure payments in equal installments over a reasonable period of time such as 6 months. The cure payments would be in addition to normal monthly payments to the creditor.

3.      If the creditor is entitled to fees and costs for the filing of this action, the Debtor proposes that said fees and costs be included in the Chapter 13 plan.

**WHEREFORE**, the Debtor prays the Court that the creditor's motion be denied, that a hearing be set in this matter, and for such other and further relief as the Court deems just and proper.

Dated: May 22, 2026.

/s/ Travis Sasser
Travis Sasser
State Bar No. 26707
2000 Regency Parkway, Suite 230
Cary, NC 27518
Tel: 919.319.7400
Fax: 919.657.7400
travis@sasserbankruptcy.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Response to Motion for Relief from Stay is to be served on the entities listed below at their last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by serving such interested party by electronic transmission, pursuant to Local Rule 5005-4(9)(b).

Chapter 13 Trustee
*Served Electronically*

American Honda Finance Corp.
Attn: Managing Agent
c/o William P. Harris, Esq.
*Served Electronically*

Dated: May 22, 2026.

/s/ Travis Sasser
Travis Sasser
State Bar No. 26707
2000 Regency Parkway, Suite 230
Cary, NC 27518
Tel: 919.319.7400
Fax: 919.657.7400
travis@sasserbankruptcy.com